Mark B. Mizrahi   (SBN 179,384)
mmizrahi@brookskushman.com
**BROOKS KUSHMAN P.C.**
Howard Hughes Center
6100 Center Drive
Suite 630
Los Angeles, CA 90045
Tel:  (310) 348-8200
Fax:  (310) 846-4799

Kevin J. Heinl (MI Bar No. P32219)
kheinl@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400
Fax:  (248) 358-3351

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAGNADYNE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY CO. INC., a Minnesota corporation,<br><br>Defendant. | Case No.  **CV09-01763 PJW**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND** |

Co. Inc., the following:

## I. THE PARTIES

1. Jurisdiction is based on 28 U.S.C. § 1338.

2. Plaintiff, Magnadyne Corporation ("Magnadyne"), is a California corporation having a principal place of business at 1111 W. Victoria Street, Compton, California 90220.

3. On information and belief, defendant, Best Buy Co. Inc. ("Best Buy"), has a principal place of business at 7601 Penn Avenue South, Richfield, Minnesota 55423.

4. Defendant, on information and belief, at all times pertinent hereto is doing business in the Central District of California, Western Division and has committed acts of infringement and has a regular and established place of business.

5. Venue is based upon 28 U.S.C. § 1400(b).

6. This action arises under Title 35 of the United States Code.

## II. PATENT INFRINGEMENT UNDER 35 U.S.C. § 271

7. On June 6, 2006, U.S. Design Patent No. D522,457 ("the '457" patent") was duly and legally issued to Magnadyne Corporation for an invention entitled "Charging Unit." (Exhibit A - U.S. Design Patent No. D522,457.)

8. Magnadyne is the owner of record by assignment and has the right to bring suit under the '457 patent.

9. Magnadyne is a manufacturer and seller, *inter alia*, of cell phone accessories, including cell phone chargers.

10. Defendant, Best Buy, sells cell phone chargers, at least some of which are identified by defendant's trademark "Rocketfish." (Exhibit B - photographs of the Rocketfish product.)

11. Defendant, Best Buy, is infringing the '457 patent by selling such charging units.

12. Defendant, Best Buy, has been, and still is, infringing, actively inducing others to infringe, and contributorily infringing the '457 patent throughout the country.

13. On information and belief, defendant's infringement has been willful. Defendant was advised of the existence of Magnadyne's patent rights and continued in their sale of the Rocketfish product.

14. On information and belief, Magnadyne expects that future evidentiary support for these infringement allegations will be shown upon further examination and after a reasonable opportunity for further investigation and discovery.

15. Magnadyne has been, and will continue to be, irreparably harmed by defendant's infringing conduct unless defendant is enjoined by this Court.

### III. DEMAND FOR RELIEF

WHEREFORE, Magnadyne asks the Court to:

A. adjudge that defendant has infringed the '457 patent;

B. enter a preliminary and permanent injunction to enjoin defendant from infringing the '457 patent pursuant to 35 U.S.C. §283;

C. award Magnadyne damages against defendant adequate to compensate Magnadyne for the infringement of the '457 patent pursuant to 35 U.S.C. §284;

  D. award to Magnadyne defendant's total profit pursuant to 35 U.S.C. §289;

  E. find that defendant's infringement is deliberate and willful, and that the damages awarded to Magnadyne be trebled pursuant to 35 U.S.C. §284;

  F. award Magnadyne reasonable attorney fees in accordance with 35 U.S.C. § 285;

  G. award Magnadyne interest and costs; and

  H. award Magnadyne such other relief as is just.

## IV. JURY DEMAND

Magnadyne demands a trial by jury for all issues so triable in this matter.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

By: _____

MARK B. MIZRAHI (SBN 179384)
KEVIN J. HEINL (MI Bar No. P32219)

*Attorneys for Plaintiff*
MAGNADYNE CORPORATION

Dated: March 13, 2009

**EXHIBIT A**

US00D522457S

(12) **United States Design Patent**  (10) Patent No.:  **US D522,457 S**
Riede (45) Date of Patent: ** Jun. 6, 2006

(54) CHARGING UNIT

(75) Inventor: Steven Riede, Long Beach, CA (US)

(73) Assignee: Magnadyne Corporation, Compton, CA (US)

(**) Term: 14 Years

(21) Appl. No.: 29/224,522

(22) Filed: Mar. 3, 2005

(51) LOC (8) Cl. .................................................. 13-03
(52) U.S. Cl. ............................................... D13/144
(58) Field of Classification Search ............. D13/107, D13/133, 144, 184, 168; D14/155, 188, 299, D14/358; D10/121; 439/300, 620, 638, 668–669, 439/675, 825, 851; 320/110–112, 114; 363/146
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D349,096 S | * | 7/1994 | Hyvonen | D13/107 |
| D362,230 S | * | 9/1995 | Yokozawa | D13/144 |
| D362,657 S | * | 9/1995 | Tomikawa et al. | D13/144 |
| D392,617 S | * | 3/1998 | Yokozawa | D13/144 |
| D400,176 S | * | 10/1998 | Jones | D13/144 |
| D400,177 S | * | 10/1998 | Jones | D13/144 |
| D401,222 S | * | 11/1998 | LeBlanc | D13/144 |
| D406,261 S | * | 3/1999 | Kettula et al. | D13/144 |
| D409,568 S | * | 5/1999 | Lindahl | D13/144 |
| D442,543 S | * | 5/2001 | Krunenacker et al. | D13/107 |
| D481,358 S | * | 10/2003 | Hsiao | D13/144 |
| D490,058 S | * | 5/2004 | Mkhitarian | D13/144 |
| D507,532 S | * | 7/2005 | Kajiwara et al. | D13/144 |

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Rosemary K. Tarcza

(57) **CLAIM**

The ornamental design for a charging unit, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a charging unit;
FIG. 2 is a top elevational view thereof;
FIG. 3 is a side elevational view thereof;
FIG. 4 is a front elevational view thereof;
FIG. 5 is a bottom elevational view thereof; and,
FIG. 6 is a back elevational view thereof.

The broken lines in the drawings are understood to be for illustrative purposes only and form no part of the claimed design.

1 Claim, 3 Drawing Sheets

Exhibit A
page 4



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6

**EXHIBIT B**





EXHIBIT B

Mark B. Mizrahi (SBN 179,384)
Brooks Kushman P.C.
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
(310) 348-8200

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Magnadyne Corporation,<br>a California corporation<br><br>                                     PLAINTIFF(S)<br>          v.<br><br>Best Buy Co. Inc.,<br>a Minnesota corporation<br><br>                                     DEFENDANT(S). | CASE NUMBER<br><br>CV09-01763 PJW<br><br><br>SUMMONS | |

TO:   DEFENDANT(S):  Best Buy Co. Inc.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Mark B. Mizrahi_____, whose address is _Howard Hughes Center, 6100 Center Drive, Suite 630, Los Angeles, CA 90045_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAR 1 3 2009

By: _____
       Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> Magnadyne Corporation | **DEFENDANTS** <br> Best Buy Co. Inc. |
| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> Mark B. Mizrahi (SBN 179,384) <br> Brooks Kushman P.C., Howard Hughes Center, 6100 Center Drive, Suite 630, <br> Los Angeles, CA 90045 (310)348-8200 | **Attorneys** (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent infringement of U.S. Design Patent No. D522,457

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | |
| ☐ 810 Selective Service | | | | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | | ☐ 840 Trademark |
| | | | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:**    Case Number: _____CV09-01763_____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Minnesota |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date March 13, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |