UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV09-01763-AHM (VBKx)*<br>CV09-01937-AHM (VBKx) | Date | June 2, 2010 |
| Title | MAGNADYNE CORPORATION v. BEST BUY CO., INC. consolidated with EVER WIN INTERNATIONAL CORPORATION v. MAGNADYNE CORPORATION, et al. | | |

| | |
|---|---|
| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |

| | | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court continues the Final Pretrial Conference and the hearing on all pending motions *in limine* from Monday, June 7, 2010 to Tuesday, June 8, 2010 at 11:00 a.m.

:

Initials of Preparer SMO