**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAGNADYNE CORPORATION,<br><br>     Plaintiff(s),<br><br>     v.<br><br>BEST BUY CO, INC.,<br><br>     Defendant(s).<br>_____<br><br>Consolidated with EVER WIN INTERNATIONAL CORPORATION v. MAGNADYNE CORPORATION, et al<br>_____ | CASE Nos. CV09-1763-AHM (VBKx)*<br>            CV09-1937-AHM (VBKx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

    The Court having been advised by the parties that the above-entitled actions have been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

    IT IS SO ORDERED.

Date: June 7, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**